RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>                    Plaintiff,<br><br>Vs.<br><br>Kendal Carl Farrarlococo, et al.,<br><br>                    Defendants. | Case Number 24-2264 AGT<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Oscar Ramos, and defendants, Kendal Carl Farrarlococo, Albert J. Lococo, and Bon Jorno, LLC, a California general partnership (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Sara D. Allman), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs. This agreement was entered into with all defendants.

2. This written settlement contemplates dismissal of this action as against all defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

| | | |
|---|---|---|
| 1 | Attorney for Plaintiff Oscar Ramos | 3/31/2025 |
| 2 | | |
| 3 | Law Office of Sara B. Allman  – By: Sara B. Allman /s/ Sara B. Allman | |
| 4 | Attorney for all defendants | 3/31/2025 |

### FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on March 31, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Sara B. Allman, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride